UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FRANCISCO ANTONIO DONAYE-CONTRERAS,

Petitioner,

v.

26-CV-6780 (JLS)

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*; DAVID VENTURELLA, *Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement*; MICHAEL BALL, *Acting Deputy Field Office Director, Buffalo Federal Detention Facility, in his official capacity, 4250 Federal Drive, Batavia, NY 14020,*

Respondents.

---

# ORDER

Petitioner Francisco Antonio Donaye-Contreras seeks relief under 28 U.S.C. § 2241. *See* Dkt. 1. Respondents moved to dismiss the petition, *see* Dkt. 4, to which Petitioner responded, *see* Dkt. 6. At the Court's invitation, Respondents filed a reply in further support of their motion to dismiss. *See* Dkt. 8.

In a previous case, Respondents conceded that this Petitioner was detained pursuant to 8 U.S.C. § 1226(a) under *Da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026). *See Donaye-Contreras v. Mullin*, 26-CV-1077-JLS, at Dkt. 4 (W.D.N.Y. June 4, 2026). Respondents do not retract that concession here. *See* Dkt. 4; *see also* Dkt. 8.

As a result, the immigration court has jurisdiction over a bond hearing, pursuant to *Da Cunha*. In addition, based on the particular facts and circumstances at issue here, Petitioner is entitled to a bond hearing at which Respondents bear the burden to justify continued detention by clear and convincing evidence under *Velasco Lopez v. Decker*, 978 F.3d 842 (2d Cir. 2020). *See Bonilla Lagos v. Warden, Buffalo Federal Detention*, 26-CV-783-JLS, at Dkt. 27 (W.D.N.Y. June 26, 2026); *Ulloa Ulloa v. Rhoney*, 26-CV-688-JLS, at Dkt. 15 (W.D.N.Y. June 25, 2026).

Accordingly, Respondents' motion to dismiss (Dkt. 4) is denied. Respondents shall provide Petitioner with a bond hearing at which Respondents bear the burden, as set forth above, by **September 22, 2026**. The Clerk of Court shall enter judgment in accordance with order and close this case.

SO ORDERED.

Dated: September 8, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE